UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                    )
                                          )
Antony & Christy Schutter         )        CASE NO. 06-40383
                                          )
            Debtor                        )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

    TO:   Citifinancial, 1415 Sagamore Parkway N, Lafayette, IN
        47904-2462

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $1,030.89 into the Registry Account with the U.S. Bankruptcy Court. On May 3, 2011 the Trustee issued Check No. 106780 in the amount of $10.86 to Citifinancial at the address above.  This check was returned with a letter stating that Citifincial is no longer servicing the account but no further information was provided.  The Trustee voided the check and placed a "reserve" on future disbursements to the creditor so the funds would be turned over to the Registry Account.

    To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

    Dated this 12th day of November, 2011.


              /s/ David A. Rosenthal
              David A. Rosenthal
              Chapter 13 Trustee
              P.O. Box 505
              Lafayette, IN 47902
              (765) 742-8248

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of November, 2011 to:

Citifinancial, 1415 Sagamore Parkway N, Lafayette, IN 47904-2464
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248